# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mehta, Amit P. | US District Court for the District of Columbia | 03/22/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committe Member, Board | Council for Court Excellence |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 03/22/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed attorney |
| 2. 2020 | Afiniti, Inc - W-2 employee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 2-8, 2020 | Sydney, Australia | ABA Antitrust Conference presenter | Airfare, hotel, taxi and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 03/22/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ACS | Student Loan | K |
| 2. Greensky | Financing of new windows installed by Andersen Windows | K |
| 3. Afiniti Inc. | Stock options exercised | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | M | T | | | | | |
| 2. BNY Mellon Accounts (H) | | | | | | | | | |
| 3. - Invesco St Treasury Reserve | A | Int./Div. | | | Closed | 04/20/20 | K | | |
| 4. - Blackrock Global Allocation Fund Inc | A | Dividend | | | Sold | 04/24/20 | J | | |
| 5. Burkhart & Co. - Joint w/Survivor Account (H) | | | | | | | | | |
| 6. - Cash Balance at Burkhart & Co. | | None | J | T | | | | | |
| 7. - Bank Deposit Sweep Program at Burkhart & Co. | A | Int./Div. | L | T | | | | | |
| 8. - American High-Income Municipal Bond | A | Dividend | K | T | Buy | 05/04/20 | J | | |
| 9. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 10. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 11. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 12. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 13. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 14. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 15. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 16. - DFA Emerging Markets Small-Cap Portfolio Institutional | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 17. | | | | | Buy (add'l) | 06/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 19. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 20. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 21. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 22. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 23. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 24. - DFA International Small Company Portfolio Institutional | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 25. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 26. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 27. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 28. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 31. | | | | | Buy | 12/02/20 | J | | |
| 32. - DFA International Small-Cap Value Portfolio Institutional | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 33. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 34. | | | | | Buy (add'l) | 07/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 36. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 37. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 38. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 39. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 40. - DFA International Sustainability Core 1 Portfolio | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 41. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 42. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 43. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 44. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 45. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 46. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 47. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 48. - Fidelity Large-Cap Growth Index Fund | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 49. - Fidelity Large-Cap Value Index Fund | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 50. - Fidelity Small-Cap Value Index Fund | A | Dividend | K | T | Buy | 09/22/20 | J | | |
| 51. | | | | | Buy (add'l) | 10/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 53. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 54.   - iShares Russell 2000 Growth ETF | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 55. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 56. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 57. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 58.   - iShares Russell 2000 Value ETF | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 59.   - JPMorgan Global Allocation Fund | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 60. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 61. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 62. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 63. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 64. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 65. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 66. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 67.   - JPMorgan Income Builder Fund | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 68. | | | | | Buy (add'l) | 06/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 75.    - Nuveen High-Yield Municipal Bond Fund | A | Dividend | K | T | Buy | 05/04/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 83.    - PGIM Global Total Return Fund | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 84.    - PIMCO International Bond Fund (U.S.<br>Dollar-Hedged) Institutional | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 85.    - Vanguard FTSE All-World Ex-U.S. Small-<br>Cap Index Fund | A | Dividend | J | T | Buy | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 89.    - Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 05/04/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 96.    - Vanguard FTSE Emerging Markets Index<br>Fund ETF | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 101.  401(k) (Rolled over to IRA during 2020) (H) | | | | | | | | | |
| 102.    - American Funds Growth Fund of America<br>(transferred to new funds) | | None | | | Sold | 04/15/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - American Funds New Perspective Fund | | None | | | Buy (add'l) | 04/15/20 | J | | |
| 104. | | | | | Sold (part) | 06/15/20 | N | | |
| 105. | | | | | Sold | 09/15/20 | M | | |
| 106.  - American Funds Washington Mutual Investors Fund | B | Dividend | | | Buy (add'l) | 03/18/20 | J | | |
| 107. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 108. | | | | | Sold (part) | 04/15/20 | N | | |
| 109. | | | | | Sold | 09/15/20 | L | | |
| 110.  - American Funds EuroPacific | | None | | | Buy | 04/15/20 | M | | |
| 111. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 112. | | | | | Sold | 09/15/20 | M | E | |
| 113.  - American Funds New World | | None | | | Buy | 04/15/20 | M | | |
| 114. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 115. | | | | | Sold | 09/15/20 | M | E | |
| 116.  - American Funds SMALLCAP World | | None | | | Buy | 04/15/20 | N | | |
| 117. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 118. | | | | | Sold | 09/15/20 | N | G | |
| 119.  - American Funds Income Fund of America | | None | | | Buy | 04/15/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 122. | | | | | Sold | 09/15/20 | M | | |
| 123.  - American Funds Bond Fund of America | | None | | | Buy | 04/15/20 | M | | |
| 124. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 125. | | | | | Sold | 09/15/20 | M | D | |
| 126.  DC College Savings Plan (H) | | | | | | | | | |
| 127.  - Intermediate-Term Bond Portfolio | | None | K | T | | | | | |
| 128.  - US Large Cap Equity Portfolio | | None | M | T | Buy<br>(add'l) | 05/05/20 | J | | |
| 129.  - DC College Savings 2025 Portfolio | | None | M | T | Buy<br>(add'l) | 05/05/20 | J | | |
| 130.  - DC College Savings 2028 Portfolio | | None | M | T | Buy<br>(add'l) | 12/08/20 | J | | |
| 131.  IRA #1 (H) | | | | | | | | | |
| 132.  - Pershing Government Account | A | Dividend | | | Closed | 04/20/20 | J | | |
| 133.  - iShares Inc Core MSCI Emerging Mkts ETF | | None | | | Sold<br>(part) | 01/22/20 | K | A | |
| 134. | | | | | Sold | 04/28/20 | K | A | |
| 135.  - iShares Short Maturity Bond | A | Dividend | | | Sold | 04/28/20 | J | | |
| 136.  - iShares Core S&P 500 | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 138. | | | | | Sold | 04/28/20 | M | E | |
| 139.  - iShares Intermediate Credit Bond | A | Dividend | | | Sold | 04/28/20 | K | A | |
| 140.  - iShares Edge MSCI Min Vol USA | A | Dividend | K | T | | | | | |
| 141.  - iShares Core MSCI EAFE | | None | | | Sold | 04/28/20 | K | A | |
| 142.  - iShares Global Tech | | None | | | Sold<br>(part) | 01/22/20 | J | B | |
| 143. | | | | | Sold | 04/28/20 | K | C | |
| 144.  - iShares US Treasury Bond | A | Dividend | | | Sold<br>(part) | 01/22/20 | K | B | |
| 145. | | | | | Sold<br>(part) | 03/26/20 | K | B | |
| 146. | | | | | Sold<br>(part) | 04/14/20 | K | C | |
| 147. | | | | | Sold | 04/28/20 | L | D | |
| 148.  - iShares Barclays 20+ Yr Treas Bond | A | Dividend | | | Sold | 04/28/20 | J | B | |
| 149.  - iShares S&P Total US Stk Mkt | | None | | | Sold | 01/22/20 | K | B | |
| 150.  - iShares MBS | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |
| 151. | | | | | Sold | 04/14/20 | K | A | |
| 152.  - iShares Edge MSCI USA Quality Factor | A | Dividend | | | Sold | 04/28/20 | K | | |
| 153.  - iShares Edge MSCI USA Size Factor | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 04/28/20 | K | | |
| 155. - iShares ESG MSCI Emerging Mkts ETF | | None | | | Buy | 01/22/20 | K | | |
| 156. | | | | | Sold | 04/28/20 | K | | |
| 157. - iShares 0-5 Yr High Yield Corp Bd | A | Dividend | | | Buy | 01/22/20 | K | | |
| 158. | | | | | Sold | 04/28/20 | K | | |
| 159. - iShares MSCI USA ESG Optimized ETF | A | Dividend | | | Buy | 01/22/20 | K | | |
| 160. | | | | | Sold | 04/28/20 | K | | |
| 161. - iShares Iboxx USD Invt Grade Corp Bd | | None | | | Buy | 04/14/20 | L | | |
| 162. | | | | | Sold | 04/28/20 | K | | |
| 163. - Cash Balance at Burkhart & Co. (IRA acct) | | None | J | T | Open | 04/20/20 | J | | |
| 164. - Advisory Rtmt Sweep Program at Burkhart & Co. (IRA acct) | A | Int./Div. | L | T | Open | 04/20/20 | L | | |
| 165. - American Funds Developing World Growth & Income | A | Dividend | K | T | Buy | 04/29/20 | J | | |
| 166. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 167. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 168. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 169. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 170. | | | | | Buy (add'l) | 09/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 174.  - American Funds Emerging Mkts Bond Fd | A | Dividend | K | T | Buy | 04/29/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 07/28/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 181. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 182. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 183.  - American Funds Global Balanced | A | Dividend | L | T | Buy | 04/29/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 186. | | | | | Buy<br>(add'l) | 07/28/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 189. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 190. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 191. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 192.  - American Funds Small-Cap World | A | Dividend | L | T | Buy | 04/29/20 | J | | |
| 193. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 194. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 195. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 196. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 197. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 198. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 199. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 200. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 201.  - DFA International Small-Cap Value Portfolio Institutional | A | Dividend | L | T | Buy | 04/28/20 | J | | |
| 202. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 203. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 204. | | | | | Buy (add'l) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 206. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 207. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 208. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 209. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 210. - DFA U.S. Micro Capital Portfolio Institutional | A | Dividend | K | T | Buy | 04/28/20 | J | | |
| 211. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 212. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 213. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 214. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 215. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 216. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 217. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 218. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 219. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 220. - FPA Crescent Fund | B | Dividend | L | T | Buy | 04/28/20 | J | | |
| 221. | | | | | Buy (add'l) | 05/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mehta, Amit P.** | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 223. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 224. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 225. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 226. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 227. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 228. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 229.   - Harbor Small-Cap Value Fund Institutional | A | Dividend | L | T | Buy | 04/28/20 | J | | |
| 230. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 231. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 232. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 233. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 234. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 235. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 236. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 237. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 238.   - JPMorgan Emerging Mkts Equity Fund | A | Dividend | K | T | Buy | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 240. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 241. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 242. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 243. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 244. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 245. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 246. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 247. - JPMorgan Income Builder Fund | A | Dividend | K | T | Buy | 04/28/20 | J | | |
| 248. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 249. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 250. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 251. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 252. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 253. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 254. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 255. | | | | | Buy (add'l) | 12/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  - Matthews Asia Esg Fund Institutional | B | Dividend | K | T | Buy | 04/28/20 | J | | |
| 257. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 258. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 259. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 260. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 261. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 262. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 263. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 264.  - PIMCO Income Fund | A | Dividend | K | T | Buy | 04/28/20 | J | | |
| 265. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 266. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 267. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 268. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 269. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 270. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 271. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 272. | | | | | Buy (add'l) | 12/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.   - Templeton Global Total Return Fund | A | Dividend | K | T | Buy | 04/28/20 | J | | |
| 274. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 275. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 276. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 277. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 278. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 279. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 280. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 281. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 282.   - Wasatch Micro Capital Fund | B | Dividend | K | T | Buy | 04/28/20 | J | | |
| 283. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 284. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 285. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 286. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 287. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 288. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 289. | | | | | Buy (add'l) | 11/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 291.  IRA #2 (H) | | | | | | | | | |
| 292.  - Cash Balance at Burkhart & Co. | | None | J | T | Open | 08/02/20 | J | | |
| 293.  - Advisory Rtmt Sweep Program at Burkhart & Co. | A | Interest | O | T | Open | 08/02/20 | O | | |
| 294.  - American Funds Capital Income Builder | A | Dividend | K | T | Buy | 08/04/20 | J | | |
| 295. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 296. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 297. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 298. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 299.  - American Funds Capital World Growth & Income | A | Dividend | K | T | Buy | 08/04/20 | J | | |
| 300. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 301. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 302. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 303. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 304.  - American Funds EuroPacific Growth | A | Dividend | K | T | Buy | 08/04/20 | J | | |
| 305. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 306. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 308. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 309.   - American Funds Growth Fund of America | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 310.   - American Funds New Perspective | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 311.   - American Funds New World | A | Dividend | K | T | Buy | 08/04/20 | J | | |
| 312. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 313. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 314. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 315. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 316.   - American Funds Washington Mutual Investor | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 317. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 318.   - BlackRock Multi-Asset Income Portfolio Institutional | A | Dividend | K | T | Buy | 08/03/20 | J | | |
| 319. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 320. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 321. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 322. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 323.   - FPA New Income Fund | B | Dividend | N | T | Buy | 09/22/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 325. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 326. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 327. - Gateway Fund | A | Dividend | K | T | Buy | 08/03/20 | J | | |
| 328. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 329. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 330. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 331. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 332. - Harbor Small-Cap Value Fund | A | Dividend | K | T | Buy | 09/22/20 | J | | |
| 333. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 334. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 335. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 336. - PIMCO Short Asset Investment Fund | A | Dividend | N | T | Buy | 09/22/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 03/22/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amit P. Mehta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544